WASHINGTON INTERNATIONAL
INSURANCE COMPANY,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–1310.

United States Court of Appeals,
Federal Circuit.

Feb. 14, 2011.

Thomas V. Vakerics, Sandler, Travis & Rosenberg, P.A., of Washington, DC, argued for plaintiff-appellant. With him on the brief were T. Randolph Ferguson, Kristen Smith, and Mark Tallo.

Patricia M. McCarthy, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and David S. Silverbrand, Trial Attorney. Of counsel on the brief was Rebecca Cantu, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Before DYK, FRIEDMAN, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**